

**GASKINS**
**BENNETT**
**BIRRELL**
**SCHUPP**

Ian S. Birrell
612-333-9544
ibirrell@gaskinsbennett.com

December 15, 2017

The Honorable Katherine M. Menendez
United States Magistrate Judge
United States District Court
U.S. Courthouse
300 South Fourth Street, Suite 8E
Minneapolis, MN 55415

Re:   <u>United States of America v. Shawn Robert Dooling</u>
      Court File No. 17-CR-87 (PAM)

Dear Magistrate Judge Menendez:

I write to follow up on the motions hearing of December 13, 2017. At that hearing the Court gave counsel an opportunity to submit a letter brief. After considering the matter, I believe the Court was adequately informed of Mr. Dooling's position and do not intend to submit further argument unless requested by the Court.

Thank you.

Respectfully,

Ian S. Birrell

ISB/kjl
cc:   AUSA Surya Saxena